# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 16, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160150(77)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

ANTHONY MICHAEL OWEN,
     Defendant-Appellee.

SC: 160150
COA: 339668
Ionia CC: 2015-031675-AR

_____/

On order of the Chief Justice, the motion of the Criminal Defense Attorneys of Michigan to file a brief amicus curiae and to waive the filing fee is GRANTED. The amicus brief submitted on November 3, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2020



Clerk